CRANER, SATKIN, SCHEER, SCHWARTZ & ARNOLD, P.C.
320 PARK AVENUE, P.O. BOX 367
SCOTCH PLAINS, NJ  07076
(908) 322-2333 - Fax (908) 322-4916
BS-9984

# United States Bankruptcy Court
### DISTRICT OF NEW JERSEY

In re
PETER RICHMOND

                                  Case No. 06-17666 - JHW
             Debtor     Chapter 13

## STATEMENT OF ISSUES ON APPEAL

Marina District Development Co. LLC t/a Borgata, Creditor and Appellant, requests that the following issues be considered on appeal:

1. Did the Trial Court Err in Determining that the Debtor's Income is not Too Speculative to Merit Confirmation of the Debtor's Plan?

2. Did the Trial Court Err in Determining that the Debtor's Plan was Proposed in Good Faith?

3. Did the Trial Court Err in Determining that the Debtor Filed his Bankruptcy Petition in Good Faith?


/S/ Brian D. Schwartz

---

BRIAN D. SCHWARTZ (BS-9984)
Attorney for Appellant, Marina District Development Co. LLC t/a Borgata

Doc. 213961