CRANER, SATKIN, SCHEER, SCHWARTZ & ARNOLD, P.C.
320 PARK AVENUE, P.O. BOX 367
SCOTCH PLAINS, NJ  07076
(908) 322-2333 - Fax (908) 322-4916
BS-9984
Attorneys for Creditor, Marina District Development Co. LLC t/a Borgata

# United States Bankruptcy Court
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re** | **SUPPLEMENTAL CERTIFICATION IN OPPOSITION TO CONFIRMATION OF DEBTOR'S PLAN** |
| PETER RICHMOND | Case No. 06-17666 - JHW |
| Debtor | Chapter 13 |
| | Hearing Date: October 22, 2008 |

BRIAN D. SCHWARTZ, of full age, hereby certifies:

1.  I represent Marina District Development Co. LLC t/a Borgata (hereinafter the "Borgata").  The Borgata is the only filing creditor in this case.

2.  I have previously filed an objection to confirmation of Peter Richmond's Plan.  Hearings were held on the objection by the Court and on October 16, 2007, the Court entered an Order Denying our objection to confirmation as well as our motion to dismiss the Debtor's petition.

3.  The Court's decision denying our objection is currently on appeal to the Third Circuit Court of Appeals.  A briefing schedule has been set but there is no hearing date as of now.  I request that the confirmation hearing for Mr. Richmond scheduled for October 22, 2008 be adjourned until the Third Circuit hears our appeal. Otherwise if the appeal is successful any confirmation will need to be set aside.

4.  There is no prejudice to Mr. Richmond as he is apparently making plan payments and confirmation will not change this status.

{00002499}

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

|  |  |
|---|---|
| Dated: October 21, 2008 | /s/ Brian D. Schwartz<br>BRIAN D. SCHWARTZ |